UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHARLES ROBINSON,

                                              Plaintiff,

    -against-


KEYSPAN,


                                      Defendant.
-------------------------------------------------------------------X

                                                   JUDGMENT
                                              03-CV- 4796 (FB)

     A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on November 10, 2005, granting defendant's motion for summary judgment in its entirety; and dismissing plaintiff's complaint; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted in its entirety; and that plaintiff's complaint is dismissed.



Dated: Brooklyn, New York
       November 10, 2005

                                                _____
                                                ROBERT C. HEINEMANN
                                              Clerk of Court